UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | | |
|---|---|---|
| SHETIKA FLAKE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:25-cv-00257-MPB-CSW |
| | ) | |
| TOWN & COUNTRY FORD, INC., | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER SETTING BRIEFING SCHEDULE FOR DEFENDANT'S MOTION TO COMPEL ARBITRATION

This matter is before the Court following the Parties' filing of a *Joint Notice to the Court*. (Dkt. 27). Plaintiff reports her opposition to Defendant's anticipated motion to compel arbitration.

The following is the briefing schedule for Defendant's motion to compel:

- Defendant's Motion to Compel Arbitration is due on or before **June 26, 2026.**

- Plaintiff's Response is due on or before **July 15, 2026.**

- Defendant's Reply is due on or before **July 22, 2026**.

A Telephonic Status Conference is set for **August 5, 2026, at 10:00 a.m., Evansville time (CST)**, before the Honorable Crystal S. Wildeman, United States Magistrate Judge. The information needed by counsel to participate in this telephonic conference will be provided by a separate notification.

**SO ORDERED.**

Date: June 12, 2026

Crystal S. Wildeman
United States Magistrate Judge
Southern District of Indiana

**Distribution:**

Distributed electronically via ECF to counsel of record.